*L. Laflin Kellogg, Alfred C. Petté* and *James A.
Farrell* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Clarence
L. Barber* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C.
STEWART CAVANAGH, Appellant, *v.* RHINELANDER
WALDO, as Police Commissioner of the City of New
York, et al., Respondents.

*People ex rel. Cavanagh* v. *Waldo*, 149 App. Div. 927, affirmed.
(Argued April 29, 1912; decided May 14, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
February 23, 1912, which affirmed an order of Special
Term dismissing a writ of habeas corpus and remanding
the relator to custody.

*George W. Wingate* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), and *James C. Cropsey, District Attorney* (*Hersey Egginton* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.